```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACY'S IP HOLDINGS, LLC,

        Plaintiff,

     -against-

AROMA360, LLC,

        Defendants.

21-CV-9631 (JGLC) (BCM)

**ORDER RESCHEDULING
SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference scheduled for May 9, 2024 is hereby ADJOURNED to **June 12, 2024**, at **2:15 p.m.** in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties shall submit a confidential joint settlement update letter, by email, no later than **June 5, 2024,** advising the Court of any developments since the submission of the parties' separate settlement letters.

Dated:  New York, New York
       May 8, 2024

**SO ORDERED.**

_____

**BARBARA MOSES
United States Magistrate Judge**